PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>South East</u> DISTRICT OF TEXAS
<u>Beaumont</u> DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 10 2017

BY
DEPUTY_____

<u>Mr. Essie D. Hopkins TDCJ # 01913000</u>
Plaintiff's Name and ID Number

<u>Mark Stiles Unit</u>
Place of Confinement

CASE NO. <u>1:17 cv 428</u>
(Clerk will assign the number)

V.

<u>Law Office of Shasta R. Brown ESZ. Wells Fargo Bank Building, 5801 Marvin D. Love Free Way, Suite 302, Dallas TX. 75237</u>
Defendant's Name and Address

<u>Cynthia J. Cheatom, Associates, 3526 Lake View Park Way, Suite B-213 Rowlett, Texas 75088</u>
Defendant's Name and Address

<u>Law Office of Audrey Moorehead, 3102 Maple Avenue, Suite 270, Dallas TX 75201</u>
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: NO
      2. Parties to previous lawsuit:
         Plaintiff(s) NA
         Defendant(s) NA
      3. Court: (If federal, name the district; if state, name the county.) NA
      4. Cause number: NA
      5. Name of judge to whom case was assigned: NA
      6. Disposition: (Was the case dismissed, appealed, still pending?) NA
      7. Approximate date of disposition: NA

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Mark Stiles, Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ___ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Mr. Essie O. Hopkins TDCJ #01913000 Mark Stiles Unit, 3060 FM 3514, Beaumont TX. 77705

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.
Shasta R. Brown Esq.

Defendant #1: Law office Shasta R. Brown Esq. LLM Masters in Insurance Law's, Wells Fargo Bank building, 5801 Marvin D. Love Freeway, Suite 302 Dallas Texas 75237

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cruel in unusual punishment, Intentionally - knowly, Negligence, Tampering with physical evidence, denied me effective assistance counsel, Harmful uninvited statements

Defendant #2: Wynthia J. Chatum Esq. Associate's 3526 Lake View Parkway, Suite B-213, Rowlett, Texas 75088

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Gave me mute notification, Failed to comply to her co. workers, Interference. only replyed to cruel unusual punishment to client, sexual harassment

Defendant #3: Attorney Audrey Moore Head 3102 Maple Avenue, Suite 270, Dallas TX 75201

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
broke rule's of Texas Govern. code title 2, sub title G - appendix A. Article 10, Section 9, denied me effective assistance after.

Defendant #4: Cheif of Police Police Head qwater's 1400 S. Lamar St. Dallas TX. 75215

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I filed a complaint from my unit I never but Notified on it been over (6) months.

Defendant #5: Dallas Police officer David O. brown Police Head qwater 1400 S. Lamar St. Dallas TX. 75215

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I filed a complaint from my unit on matters never gave notification on over (6) months.

Rev. 05/15

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. All my Cruel in unusual Punishment happen on on Mark Stiles unit from Jul 27, 2016 until None Today. All parties on page (3) have done what been stated Attorney Shasta R brown have played me acts of sexual Harassment In corresponse at serious matter in States in my mother Potential wrongful death case, she gave Improper position act from Her unlisted statements, Negligence from Proper work she have sent to me, Frame work of professional was poor, she Tamper with Evidence over in failure to comply denied me effective assistance of counsel Interest en lawsuits, knowls have matters un answered, lack of Interest, Anti Trust violation, have fundamental of my carriage.

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I want ms mother Potential wrongs of death case Finalize I want ms 1/2 of Estate deposit like I have stated to all parties If Ans think beside Positve I want to sue all Parties For the damages

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Mr Essie R Hopkins    L/ Essie

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

01913000

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): NA
2. Case number: NA
3. Approximate date sanctions were imposed: NA
4. Have the sanctions been lifted or otherwise satisfied?  ____YES  ✓NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): NA
2. Case number: NA
3. Approximate date warning was issued: NA

Executed on: 9-28-17
            DATE

_Mr Essie D. Hopkins_

(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __28__ day of __9__, 20 __17__.
         (Day)              (month)        (year)

_Mr Essie Hopkins_

(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

9-28-17

what Happen, where did it Happen, when did it Happen, who was Involve. Attorney Shasta A. Brown ESQ. Since 7-27-17 Attorney brown Have been stating that she have been waiting on the court to Grant Her Filing for my mother medical records, billing records from charliston, methodist hospital as of today 9-28-17 attorney brown have only show me the Copuits of Hein- ship were this was Filed at about 5 months After attorney stated she is Awaiting op a Court order For the Expert's Caw Review medical records, billing records so that Her office can make a settlement on both cases motor Vehicle Accident, Potential wrongful death case Attorney brown showed me 6-2-17 were both Insurance Company made a settlement of $42.00 In did deductions In left me with $18,983.16 but with these statements to me Attorney brown is False- A Fiding my Mother Potential wrongful death case All other Filing Judses Have Granted. In Now Since April 17, 2017 Judse Brenda Hill Thompson Granted A Nother defendant Administrator of my mother Estate since then the new defendant administrator done only repli- ed to correspond only to some cruel in unusual punishment Attor- ney brown Have been doing to me since 7-27-17 In since wynthia J. Cheatum Have Interfurder she Once Attorney brown Right of withdraw from my mother potential wrongful death case, Motor vehicle accident case on 7-18-17 we stating to Attorney brown I feel that Attorney brown Are Interested In sexual Harassment correspo- nse At A Importantant stage In my life In I Also stated to wynthia J. Cheatum defendant Administrator that Attorney brown Are Interested In Hearing my Pleas In Giving me No Consid- ers to my matter, Heath Intentionally, Knowly she Have corresponse I done wrote Her were she never replyed to I stated to ms. Cheatum that she is tampering with Physical Evidence False Fiding my mother case In putting me In A Improper position False stating that she with drawed from my mother case with out a Court order giving me effective Assistance After then writing me stating that I Need to file a Civil complaint against All Parties Toward my mother Estate before on or feb 28, 2018 In Telling me she Never Retained my service I can find a Nother Counsel to Help me with my Interest of my mother estate. In stated to me that If I Have Interest to my mother Estate I need to corresponse to MS. wynthia cheatum. In Attorney brown been corresponding with me since 4-17-17 saying that MS Cheatum Aint replying on None of Her correspon In saying my mother case statue limitation date is 12-21-17 In today is 9-28-17 It been 3 months I been writing MS. Cheatum in She aint corresponse me back on Att- orney brown I done even wrote 2 different police officers about the matter I Aint getting no response from them

I feel all parties are trying to keep my ½ of estate I'd I won't sue all parties because of the cruel and unusual punishment I am receiving as a not finish high school human being. Its also Attorney Audry Moorehead the same way don't reply to correspondence cruel in unusual punishment These Attorney's have made a settlement from insurance company done did deductions is there a end balance is the end balance suppose to be sent to the court registry since 6-2-17 I don't no if it have because of the acts the Attorneys have showed in showing I got a letter from attorney Brown 9-5-17 it stated the insurance company that suppose to pay me my ½ of estate is looking for a attorney because of medical records, billing I feel these Attorney's is doing Illegal activities, with drop outs Estate in Attorney Strata. R. Brown, Attorney Wyattie J. Chestnut, Attorney Audry Moorehead is in void I'd ring to sue all parties for all my damages since 7-27-16. A.D.A.C.